UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KIMBERLY HARDING,<br><br>                Plaintiff,<br>v.<br>GENUINE PARTS COMPANY,<br><br>                Defendant. | Case No. 2:18-cv-00716-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for Settlement Conference (ECF NO. 8), filed on May 10, 2019. Defendant filed its Non-Opposition (ECF No. 9) on May 24, 2019.

Defendant removed this matter to federal court on April 19, 2018. *See* ECF No. 1. It appears that the parties have engaged in discovery. *See* ECF No. 1-6. However, a discovery plan and scheduling order was never filed in this matter. The parties are, therefore, instructed to file a proposed discovery plan and scheduling order no later than **June 5, 2019**. The Court denies Plaintiff's motion for settlement conference. A settlement conference will be set in due course. Accordingly,

**IT IS HEREBY ORDERED THAT** Plaintiff's Motion for Settlement Conference (ECF NO. 8) is **denied**.

**IT IS FURTHER ORDERED** that the parties shall file a proposed discovery plan and scheduling order no later than **June 5, 2019**.

Dated this 28th day of May, 2019.

                                                      GEORGE FOLEY, JR.
                                                      UNITED STATES MAGISTRATE JUDGE