Carol P. Michel, Esq.
Nevada Bar No. 11420
*cmichel@wwhgd.com*
Kristian T. Kaskla, Esq.
Nevada Bar No. 14553
*kkaskla@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864
*Attorneys for Defendant*
*Genuine Parts Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHIKEMA WEST and KIMBERLY HARDING,<br><br>Plaintiffs,<br><br>vs.<br><br>GENUINE PARTS COMPANY, a Nevada Company; DOES I through XX; DOES CORPORATION I through XX; ROE EMPLOYEES I through X, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00716-JAD-EJY<br><br>**STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

The undersigned parties, by and through their counsel of record, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1(A)(ii) that the above-entitled mater is **DISMISSED WITH PREJUDICE** in its entirety. Plaintiff and Defendant have settled this matter and are to bear their own costs, fees, and expenses hereto.

IT IS SO STIPULATED.

Dated this ___ day of November, 2019.

_____
Kimberly Harding
4552 58th Avenue North, Apartment 255
Brooklyn Center, Minnesota, 55429
*Pro Per Plaintiff*

Dated this 31 day of December, 2019.

_____
Carol P. Michel, Esq.
Kristian T. Kaskla, Esq.
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
*Attorneys for Defendant Genuine Parts Company*

**ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulation of Dismissal of the parties, Plaintiff's claims against Defendants are hereby DISMISSED WITH PREJUDICE. Plaintiff and Defendant are to bear their own costs, expenses and fees.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATES: _____

Respectfully Submitted By:

*/s/ signature*

Carol P. Michel, Esq.
Kristian T. Kaskla, Esq.
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
*Attorneys for Defendant Genuine Parts Company*

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
(702) 938-3838