Carol P. Michel, Esq.
Nevada Bar No. 11420
*cmichel@wwhgd.com*
Kristian T. Kaskla, Esq.
Nevada Bar No. 14553
*kkaskla@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864
*Attorneys for Defendant*
*Genuine Parts Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHIKEMA WEST and KIMBERLY HARDING, <br><br>Plaintiffs, <br><br>vs. <br><br>GENUINE PARTS COMPANY, a Nevada Company; DOES I through XX; DOES CORPORATION I through XX; ROE EMPLOYEES I through X, inclusive, <br><br>Defendants. | Case No. 2:18-cv-00716-JAD-EJY <br><br> **STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** <br><br> ECF No. 30 |

The undersigned parties, by and through their counsel of record, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1(A)(ii) that the above-entitled mater is **DISMISSED WITH PREJUDICE** in its entirety. Plaintiff and Defendant have settled this matter and are to bear their own costs, fees, and expenses hereto.

IT IS SO STIPULATED.

Dated this __ day of November, 2019.

_____
Kimberly Harding
4552 58th Avenue North, Apartment 255
Brooklyn Center, Minnesota, 55429
*Pro Per Plaintiff*

Dated this 31 day of December, 2019.

_____
Carol P. Michel, Esq.
Kristian T. Kaskla, Esq.
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
*Attorneys for Defendant Genuine Parts Company*

Page 1 of 2

## ORDER FOR DISMISSAL WITH PREJUDICE

Based on the parties' stipulation **[ECF No. 30]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All hearing and trial dates are VACATED. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 31, 2019

Respectfully Submitted By:

_____
Carol P. Michel, Esq.
Kristian T. Kaskla, Esq.
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
*Attorneys for Defendant Genuine Parts Company*

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
(702) 938-3838